THOMAS G. STONE, as Administrator of the Estate of MARY I. STONE, Deceased, Appellant, v. OLIVE WEINSTEIN et al., Respondents.—

882

Nolan, P. J.,
Beldock, Christ, Pette and Brennan, JJ., concur.